UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------------------------------ x
MASTER RASHID,                                   :
                                                 :
                           Plaintiff,            :
                                                 :     ORDER
           -against-                             :
                                                 :     3:23-CV-1235 (VDO)
PIERCE, et al.,                                  :
                                                 :
                           Defendants.           :
------------------------------------------------------------------ x
```

**VERNON D. OLIVER**, United States District Judge:

Plaintiff Master Rashid is a Virginia sentenced inmate incarcerated at Cheshire Correctional Institution in Cheshire, Connecticut, pursuant to the Interstate Corrections Compact. He has filed this case under 42 U.S.C. § 1983. The complaint he submitted, however, fails to comply with the Federal Rules of Civil Procedure.

Rule 10(a) of the Federal Rules of Civil Procedure requires that every pleading must have a caption which included the court's name and a title. In addition, "[t]he title of the complaint must name all the parties." Fed. R. Civ. P. 10(a). Further, the claims must be set forth "in numbered paragraphs, each limited as far as practicable to a single set of circumstances." Fed. R. Civ. P. 10(b). In addition, "[e]ach allegation must be simple, concise, and direct." Fed. R. Civ. P. 8(d)(1).

Plaintiff fails to include a case caption on his submission. Indeed, the Court was able to determine the intended defendants only from a sheet entitled "Last Known Address of the Defendants," at the end of his submission. *See* Doc. No. 1 at 54. Plaintiff clearly understands this requirement as he filed another case in June 2023 with a proper case caption. *See Rashid v. Kurtulus*, No. 3:23-cv-722 (VDO). In addition, Plaintiff included three Statements of Fact.

*See* Doc. No. 1 at 7-11; Doc. No. 1-1; Doc. No. 1-2.  These similar statements of fact will make it difficult for the defendants to respond to the complaint.

Accordingly, Plaintiff is directed to file an amended complaint clearly identifying the defendants in the case caption and setting forth his factual allegations and claims in separately numbered paragraphs, each containing only one action by the defendants.  Plaintiff is directed to include only one Statement of Facts.  Plaintiff is directed to submit his amended complaint by **November 27, 2023**.  The Clerk is directed to send Plaintiff an amended complaint form with this order.

Further, as Plaintiff was granted *in forma pauperis* status on September 25, 2023, see Doc. No. 5, his motions for *in forma pauperis* status and reconsideration of the *in forma pauperis* status [**Doc. Nos. 11, 12**] are **DENIED** as moot.

**SO ORDERED.**

Hartford, Connecticut
October 26, 2023

/s/Vernon D. Oliver
VERNON D. OLIVER
United States District Judge